IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CGEA ONYX S.A. | § § § | |
| Plaintiff | § § | |
| VS. | § § | CIVIL ACTION NO. H-04-0093 |
| JOHN SLOCUM | § § § | |
| Defendant | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY came on for consideration the Motion to Dismiss with Prejudice Defendant JOHN SLOCUM filed by Plaintiff, CGEA ONYX S.A., in the above referenced cause, and the Court being of the opinion that said motion is in all things good and proper and should be GRANTED; it is therefore,

ORDERED, ADJUGED AND DECREED that all claims and causes of action of CGEA ONYX S.A. against JOHN SLOCUM are hereby DISMISSED WITH PREJUDICE. It is further,

ORDERED that all taxable costs shall be paid by the party accruing same.

This Order fully and finally resolves all claims of CGEA ONYX S.A. against JOHN SLOCUM and is intended to be final. All relief not expressly granted herein is hereby denied.

SIGNED this the __31__ day of __July__, 2008.

_____
PRESIDING JUDGE